UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 4 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TERENCE B. TEKOH,

                Plaintiff-Appellant,

 v.

COUNTY OF LOS ANGELES; DENNIS
STANGELAND, Sergeant; CARLOS
VEGA, Deputy,

                Defendants-Appellees,

 and

LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT; DOES, 1 to 10,

                Defendants.

No.    18-56414

D.C. No.
2:16-cv-07297-GW-SK
Central District of California,
Los Angeles

ORDER

Before:  MURGUIA, Chief Judge, and WARDLAW and MILLER, Circuit Judges.

Appellees' motion to file a reply to Appellant's response to the petition for panel rehearing and rehearing en banc (Dkt. 85) is **DENIED.**

Pursuant to Circuit Rule 36-2(f), the memorandum disposition filed May 11, 2023, (Dkt. 78) is designated for publication. The superseding published disposition is filed concurrently with this order. Because the text of the published disposition remains unchanged from the previously filed memorandum disposition, further petitions for rehearing or rehearing en banc will not be permitted.

Appellees' already-filed petition for rehearing and rehearing en banc (Dkt. 82) remains pending.

**IT IS SO ORDERED.**